Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK



FILED MAR 13 2019 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**19 CV 6185 CJS**

**A. Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

WALTER WOJTCZAK

-vs-

**B. Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. ROBERT MORGAN
2.
3.
4.
5.
6.

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: USA IS PARTY TO THIS ACTION, EVICTION REGARDING A SECTION 8 VOUCHER (HUD)

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: ROBERT MORGAN RESIDES IN MONROE COUNTY AREA, SUPPOSEDLY.

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: TRO INJUNCTION TO BLOCK EVICTION, 5TH AMENDMENT USA CONSTITUTION, & VIOLATION OF 18 USC § 241, 242 IN WHISTLE BLOWER RETALIATION

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: WALTER WOJTCZAK

Present Address: 1729 EMPIRE BLVD. APT. 63 WEBSTER N.Y. 14580

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: WALTER WOJTCZAK

Official Position of Defendant (if relevant): OWNER

Address of Defendant: 1700/1729 EMPIRE BLVD. - RENTAL OFFICE WEBSTER, N.Y. 14580

Name of Second Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes ___  No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending?  Yes____  No____

   If not, give the approximate date it was resolved._____

   Disposition (check those statements which apply):

   ____ <u>Dismissed</u> (check the statement which indicates why it was dismissed):

   ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   ____ By court due to your voluntary withdrawal of claim;

   ____ <u>Judgment</u> upon motion or after trial entered for

   ____ plaintiff
   ____ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. <u>FIRST CLAIM</u>: On (date of the incident) _APPROXIMATELY 2-13-19 ROBERT MORGAN_, defendant (give the **name and (if relevant) the position held** of **each defendant** involved in this incident) _IS DENYING THIS PLAINTIFF (W.W.) RESIDENCE FOR A FALSE CLAIM OF RENT NON PAYMENT COVERING UP ROBERT MORGAN'S FALSE LEASE FALSE HIDDEN INS. FEES CONSTITUTING BANK & WIRE FRAUD 18USC §1344, 1341, 1343_

3

USA FEDERAL DISTRICT COURT
WESTERN DISTRICT COURT
100 STATE ST.
ROCHESTER N.Y. 14614

3-13-19

CONTINUED

A FIRST CLAIM

(OPT OUT FE) WHEN ADDED TO THE APARTMENT LEASE RENT OR HUD SECT. 8 VOUCHER, BOTH THE SAME AMOUNT @ $793.00, EXCEEDES THE APT. LEASE OR SECTION 8 VOUCHER

$793.00 LEASE/SECT 8 VOUCHER
$  9.95 "OPT OUT FE." OR "Additional RENT"
$802.95 TOTAL EXCEEDS THE LEASE, BUT MORGAN CLAIMS THIS FEE IS SEPERATE FROM THE LEASE & THAT I w.w. AGREED TO IT, & IT SHOULD NOT BE ADDED TO THE LEASE & SHOULD BE ALLOWED. THE WORDS "OPT OUT FE" ARE NOT IN THE LEASE, ITS A FICTION THE FACT IS I w.w. AGREED TO PAY $9.95 AS "Additional RENT" AS STATED IN THE LEASE "UNDER PROTEST" & WHEN THIS $9.95 additional RENT IS ADDED TO THE RENT PAYMENT IT ALSO EXCEEDS THE LEASE WHICH MAKES THE LEASE FALSE INVOLVING BANK & WIRE FRAUD. 18 USC § 1341, 1343, 1344.
THE FACT IS I w.w. HAVE NOT OPTED OUT OF ANY AGREEMENT IN MY LEASE WITH WHITE OAKS APARTMENTS LLC. ALSO, I w.w AM NOT NON COMPLIANT TO ANY AGREEMENT IN MY LEASE. MORGAN IS VIOLATING 18 USC §1001 USING TRICKS-MAGIC IN THE PAPER WORK & ADMITTED TO IN A FBI INVESTIGATION

did the following to me (*briefly state what each defendant named above did*): SECRET FRADULANT INS. FEE $9.95 FRAUD PROCESS: CHARGING A FEE NOT AGREED TO (NON COMPLIANT FEE) NOT IN LEASE FAILING TO PROVIDE A (1) RECEIPT IN ACCORD TO IRS CODE (ITEMIZED) THE REAL FEE IN THE LEASE IS PAYABLE & DUE AS "ADDITIONAL RENT" AS STATED IN THE LEASE. HOWEVER, ROBERT MORGAN PROVIDES A (2ND) RECEIPT SEPERATE FROM THE RENT RECEIPT VIOLATING IRS CODE STATING AMOUNT PAID $9.95 NOT NAMING THE ITEM, INCLUDING A 3RD RECEIPT - SECRET LEDGER STATING

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

STOP UNLAWFUL EVICTION DAMAGES ACCORDING TO HUD RULES & RULES OF CIVIL PROCEDURE FIND ROBERT MORGAN LIABLE FOR VIOLATING 18 USC § 241, 242, 247.

Do you want a **jury trial**? Yes **X**  No ____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___3-13-19___
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Walter Wojtyla_

Signature(s) of Plaintiff(s)

5